## FIFTH DEPARTMENT, JUNE TERM, 1891.

Charles H. Moore, as Receiver, etc., Appellant, v. The American Loan and Trust Company and others, Respondents. — Judgment appealed from affirmed on opinion of M. H. Peck, Esq., Referee.

Sarah A. Thomas, an Infant, by Guardian, Appellant, v. Mary E. Thomas, Respondent. — Judgment appealed from reversed and a new trial granted, with costs to the appellant to abide the event. Opinion by Dwight, P. J.

Richard D. Richards, Respondent, v. Frances B. Allen, Appellant. — Judgment of County Court of Monroe county affirmed, with costs.

The People of the State of New York *cx rel.* John P. Titsworth, as Commissioner, etc., v. Edwin A. Nash, County Judge, etc. — The determination of the commissioners, and of the county judge of Livingston county, confirmed, with costs. Opinion by Dwight, P. J.

The People of the State of New York, Respondent, v. Fred Wilkinson, Appellant. — Judgment and conviction appealed from affirmed and the case remitted to the Court of Sessions of Monroe county to proceed therein. Opinion by Macomber, J.

In the Matter of the Revocation of Probate of the Last Will and Testament of Robert Lincy, Deceased. — Decree of the surrogate of Monroe county affirmed, with costs to both parties payable out of the estate.

Michael Filon and another v. The Miller Brewing Company, Impleaded with John F. Harris. — Plaintiff's motion for a new trial denied, with costs, and judgment ordered for the defendant on the verdict. Opinion by Dwight, P. J.

The People of the State of New York, Respondent, v. James J. Thompson, Appellant. — Judgment and conviction reversed and a new trial ordered in the Court of Sessions of Monroe county. Opinion by Macomber, J.

Bernard Rothschild and others, Respondents, v. The Grand Trunk Railway Company of Canada, Appellant. — Interlocutory judgment appealed from affirmed, with costs, with leave to the defendant to withdraw the demurrer and answer over, on payment of costs. — Opinion by Macomber, J.

Hugh Kelly, Respondent, v. the City of Rochester, Appellant. — Order setting aside the verdict and granting a new trial affirmed, with costs of this appeal absolutely to the respondent. Opinion by Dwight, P. J.

The People of the State of New York *ex rel.* Oak Hill Cemetery Association, Appellant and Respondent, v. Luther A. Pratt and others, Assessors of the City of Rochester Respondents and Appellants. — Judgment appealed from affirmed, without costs of this appeal to either party. Opinion *Per Curiam* left with Macomber, J.

Cora Chase, Respondent, v. Jamestown Street Railway Company, Appellant. — Judgment and order appealed from affirmed. Opinion by Dwight, P. J.

Lawick H. Carter, Appellant, v. William Stevens, Appellant, and George Carnahan, Respondent. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Dwight, P. J.

Joseph D. Schwartz, Respondent, v. Theodore C. Green, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Lawrence Green, Appellant, v. Henry W. Watson, Respondent. — Judgment and order appealed from affirmed. Opinion by Macomber, J.

Charles S. Murray, Appellant, v. William T. Cameron, Respondent. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Dwight, P. J.

Anna M. Zent, Administratrix, etc., Appellant, v. John Fuchs, Respondent. — Order of the County Court of Erie county setting aside verdict affirmed, with costs. Opinion by Macomber, J.

Thurlow W. Abel and others v. Alonzo Bradner and another. — The order and judgment appealed from modified as stated in the opinion, and, as modified, affirmed, without costs of this appeal to either party. Opinion by Dwight, P. J.

William D. Moody, Appellant, v. Francis W. Belden and others, Respondents. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Aultman, Miller & Co., Appellant, v. Frederick Hacker, Respondent. — Judgment and order appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Macomber, J.

George P. Brand, Plaintiff, v. James W. McMahon, Defendant. — Plaintiff's motion for a new trial denied, with costs, and judgment ordered for the defendant on the verdict. Opinion by Dwight, P. J.

In each of the following cases a reargument or resubmission is ordered, which may be had at the present term by consent of counsel. On application to the court by both parties, any of these causes may be set down for a day certain during this term, and they will be entitled to a preference on such day calendar. Additional printed cases and points need be furnished to Mr. Justice Lewis only :—

George W. Bennett and another, Respondent, v. Austin R. Knapp and others, Administrators, etc., Appellants.

Samuel Wilder, Respondent, v. William A. Stace, Appellant.

Bridget Ward, Administratrix, etc., Respondent, v. The Rochester Electric Railway Company, Appellant.

Harriet C. Knapp, Respondent, v. The Northwestern Mutual Life Insurance Company.

Orin S. Bacon, Jr., Respondent, v. Albert Jacobs and another, Appellants.

George W. Wells, Respondent, v. Rufus A. Sibley and others, Appellants.

Harriet A. Rhinelander, Appellant, v. The City of Lockport, Respondent. — Order appealed from affirmed, with costs. Opinion by Macomber, J.